IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Johnny Wayne Langston, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:14-4536-RMG |
| ) | |
| v. ) | |
| ) | **ORDER** |
| Georgetown City Police Department, ) | |
| Chief Paul Gardner, and Ofc. Bert ) | |
| Adams, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge (Dkt. No. 14) recommending that this Court dismiss Defendants Georgetown City Police Department and Chief Paul Gardner without service of process. Plaintiff was advised that he could file written objections to the R & R within 14 days of the receipt of the R & R and a failure to timely file objections would entitle Plaintiff to limited review by the District Court and waiver of the right to appellate review. (Dkt. No. 14 at 6). Plaintiff filed no timely objection to the R & R.

The Court has reviewed the R&R, the full administrative record in this matter and the relevant legal authorities. The Court finds that the Magistrate Judge ably and promptly summarized the factual and legal issues and appropriately determined that the two Defendants at issue are not appropriately named under 42 U.S.C. § 1983. Therefore, the Court hereby **adopts** the R&R as the order of this Court and dismisses the Georgetown City Police Department and Paul Gardner without prejudice and without issuance and service of process. Service of process against the remaining defendant, Officer Bert Adams, has been authorized in a separately docketed order.

2

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Court Judge

February 9, 2015
Charleston, South Carolina

2